GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

E-FILED 5/4/17

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RIOT GAMES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DIVINESMURFS aka ELITESMURFS, a business entity, form unknown; ZACHARY KAUFMAN, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 17-cv-01726-PSG (JEMx)<br><br>[*Assigned to Hon. Philip S. Gutierrez*]<br><br>**[PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT** |

# PERMANENT INJUNCTION AND CONSENT JUDGMENT

The Court, having read and considered the Joint Stipulation for Entry of Permanent Injunction and Consent Judgment between Plaintiff Riot Games, Inc. ("Riot"), on the one hand, and Defendants DivineSmurfs aka EliteSmurfs and Zachary Kaufman (collectively, "Defendants"), on the other hand, and good cause appearing, hereby finds as follows:

1. WHEREAS, Riot develops and publishes a popular video game called *League of Legends* ("LoL").

2. WHEREAS, on or about March 3, 2017, Riot brought the above-entitled action (the "Action") against Defendants for copyright infringement, breach of contract, and intentional interference with contractual relations.

3. WHEREAS, Defendants own and operate a commercial website (www.divinesmurfs.com) through which they sell LoL player accounts.

4. WHEREAS, the unauthorized sale of LoL player accounts is a violation of Riot's Terms of Use, which all LoL users must agree to in order to play the game.

5. WHEREAS, by selling LoL player accounts without authorization, Defendants have materially breached Riot's Terms of Use and have induced LoL players to materially breach Riot's Terms of Use. These breaches include the unauthorized sharing, transfer, and/or sale of accounts and account credentials.

6. WHEREAS, on or about January 26, 2017, Riot sent Defendants a cease and desist letter demanding, among other things, that Defendants permanently discontinue their business operation by February 3, 2017.

7. WHEREAS, Defendants did not comply with the cease and desist letter, and instead maintained their website and their business.

8. WHEREAS, in connection with their unlawful business, Defendants also copied Riot's copyrighted images contained within LoL without authorization and displayed those images on their website www.divinesmurfs.com.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1	9.	WHEREAS, Riot has registered copyrights in LoL with the United States Copyright Office, including PA 1-906-694, PA 1-397-659 and PA 1-971-560 (the "Copyrighted Works"), and these registrations are valid and subsisting.

	10.	WHEREAS, Defendants' reproduction and use of images from LoL violates Riot's exclusive rights in the Copyrighted Works under 17 U.S.C. § 106.

	11.	WHEREAS, Defendants have agreed to the Court's issuance of the Judgment and Permanent Injunction set forth herein.

	12.	WHEREAS, the Parties irrevocably and fully waive any findings of fact, conclusions of law, statement of decision and any right to notice or right to be heard in any matter in connection with or arising out of the filing, rendition or entry of the Judgment and Permanent Injunction.

	13.	WHEREAS, the Parties irrevocably and fully waive any and all rights to appeal the Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

	1.	This Court has personal jurisdiction over Defendants and has subject matter jurisdiction over the Action.

	2.	Judgment is hereby entered in favor of Riot and against Defendants on each of Riot's claims for relief as alleged in the Complaint on file herein.

	3.	Defendants, including without limitation, their officers, directors, members, agents, servants, employees, affiliates, subsidiaries, successors and assigns, and anyone acting on their behalves or under their direction or control, and those persons or companies in active concert or participation with Defendants who receive actual notice of this Judgment and Permanent Injunction by personal service or otherwise, are hereby permanently and forever restrained and enjoined from:

		a.	Selling, distributing, offering for sale, transferring, marketing,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1 and/or advertising any products or services relating to the video
2 game entitled *League of Legends* ("LoL") and/or Riot,
3 including, specifically and without limitation, any player
4 accounts that are or may be used to access LoL and/or other
5 services offered by Riot, including any other game owned,
6 published or operated by Riot or a Riot subsidiary.

    b.    Assisting others in selling, distributing, offering for sale, transferring, marketing, and/or advertising any products or services relating to LoL and/or Riot, including, specifically and without limitation, any player accounts that are or may be used to access LoL and/or other services offered by Riot, including any other game owned, published or operated by Riot or a Riot subsidiary.

    c.    Operating, assisting, or linking to any website selling, distributing, offering for sale, transferring, marketing, and/or advertising, any products or services relating to LoL and/or Riot, including, specifically and without limitation, any player accounts that are or may be used to access LoL and/or other services offered by Riot, including, specifically and without limitation, any player accounts that are or may be used to access LoL and/or other services offered by Riot, including any other game owned, published or operated by Riot or a Riot subsidiary.

    d.    Using, without authorization, in any manner whatsoever, Riot's Copyrighted Works, including any variants, colorable imitations, and/or any items that are substantially similar thereto, including specifically and without limitation:

        i.    on or in conjunction with any product or service;

        ii.    on or in conjunction with any website, domain, or

      other web service; and

   iii. on or in conjunction with any advertising or promotional materials.

 e. Using, without authorization, in any manner whatsoever, any of the Copyrighted Works, or the terms and trade names "Riot," "League of Legends," and "LoL," or any terms substantially similar thereto, in a manner that falsely represents, or is likely to confuse, mislead or deceive players, customers, or members of the public to believe that any services or products purchased, offered, sold, transferred, distributed, marketed, advertised, and/or promoted by Defendants are authorized, sponsored, approved, or licensed by Riot or are in any way associated, connected, or affiliated with Riot.

 f. Engaging in any conduct that falsely represents, or is likely to confuse, mislead, or deceive players, customers, or members of the public to believe that Defendants are connected with, or are in some way sponsored by or affiliated with Riot, or otherwise have a business relationship with Riot.

 g. Violating or breaching Riot's Terms of Use, the terms of which are incorporated as though fully set forth herein, including any modifications, amendments, or changes made thereto subsequent to the entry of the Judgment and Permanent Injunction.

 h. Encouraging, inducing, or causing any other individual or entity to violate or breach Riot's Terms of Use, the terms of which are incorporated as though fully set forth herein, including any modifications, amendments, or changes made thereto subsequent to the entry of the Judgment and Permanent

Injunction.

4. Defendants and/or the domain name registrar(s) currently in possession of the domain names elitesmurfs.com and divinesmurfs.com (the "Subject Domain Names") are ordered to take all necessary steps to transfer and assign to Riot ownership of the Subject Domain Names. The domain name registrar(s), upon receipt of this Permanent Injunction, are directed to transfer to Riot any domain name certificates for the Subject Domain Names and cause to be changed or change the registrar of record for the Subject Domain Names to a registrar of Riot's choosing.

5. Each Party shall be responsible for his or its own costs and attorneys' fees incurred in connection with this action, except as set forth in the Parties' Confidential Settlement Agreement dated as of March 31, 2017.

6. This Judgment and Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

7. The Court finds that there is no just reason for delay in entering this Judgment and Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Judgment and Permanent Injunction against Defendants.

8. This Court shall retain continuing jurisdiction over this matter in order to take appropriate action in the event the parties who are enjoined do not comply with the terms of this Permanent Injunction.

IT IS SO ORDERED.

**IT IS SO ORDERED.**

DATED: 5/3/17

_____
**U.S. DISTRICT JUDGE**

DATED: _____

By: _____
The Honorable Philip S. Gutierrez
U.S. District Court Judge

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590